

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JONTE ANDREW WUNNER,
                Plaintiff,

v.

CHIEF H. SMITH, CAPTAIN J. GINTY,
LIEUTENANT C. BINI, SERGEANT C.
ZAYAS, SERGEANT M. SHENE,
CORPORAL J. WILCOX, DEPUTY M.
GORR, DEPUTY SAWALL, and DEPUTY S.
CUNNINGHAM,
                Defendants.
--------------------------------------------------------------x

**ORDER**

21 CV 1865 (VB)

    Plaintiff, who is incarcerated and proceeding <u>pro</u> <u>se</u> and <u>in</u> <u>forma</u> <u>pauperis</u>, commenced this action by filing a complaint on March 1, 2021. (Doc. #1). On March 19, 2021, the Court issued an Order of Service directing the Clerk to deliver to the U.S. Marshals Service all documents necessary to effect service on defendants. (Doc. #7).

    On March 22, 2021, the Clerk issued summonses to all defendants. (Doc. #8). On May 24, 2021, the Marshals Service filed on the docket executed acknowledgements of receipt of summons and complaint for all defendants, stating each defendant was served by mail on April 21, 2021. (Docs. ##20–28). Accordingly, each defendant has until June 21, 2021, to answer, move, or otherwise respond to the complaint.

    On June 14, 2021, defendant Sergeant C. Zayas filed a motion to dismiss. (Doc. #29). Pursuant to Federal Rule of Civil Procedure 6 and Local Civil Rule 6.1, plaintiff's opposition to Sergeant C. Zayas's motion to dismiss would <u>ordinarily</u> be due 17 days from the filing of the motion, or on July 1, 2021.

    However, because the defendants are separately represented, and because the time for each defendant to answer, move, or otherwise respond to the complaint has not yet expired, **plaintiff's time to oppose defendant Zayas's motion to extended to July 26, 2021**.

    To be clear, if other defendants move to dismiss the complaint, plaintiff is instructed to file **one opposition** to all motions to dismiss by **July 26, 2021**.

    The time for the remaining defendants to answer, move, or otherwise respond to the complaint remains June 21, 2021.

      Chambers will mail a copy of this Order to plaintiff at the address listed on the docket. Plaintiff is reminded to notify the Court in writing if his address changes, and that the Court may dismiss the action if plaintiff fails to do so.

Dated: June 15, 2021
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge