UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JONTE ANDREW WUNNER,
                         Plaintiff,

v.

SERGEANT C. ZAYAS, SERGEANT M.
SHENE, CORPORAL J. WILCOX, DEPUTY
M. GORR, and DEPUTY SAWALL,
                         Defendants.
--------------------------------------------------------------x

**ORDER**

21 CV 1865 (VB)

       The Court has been informed that this case settled at a settlement conference conducted by Magistrate Judge McCarthy.

       **Accordingly, the case management conference scheduled for September 16, 2022, at 9:30 a.m. is CANCELLED. To be clear, the Court will not hold a conference on September 16, 2022.**

       As ordered by Magistrate Judge McCarthy, defense counsel shall file a stipulation of discontinuance by **October 21, 2022**.

       Chambers will mail a copy of this Order to plaintiff at the address listed on the docket.

Dated: September 14, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge